IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAYHAWK 910VP, LLC,
   *Plaintiff,*

vs.

WINDAIRWEST, LLC,
   *Defendant.*

C.A. NO. 6:18-cv-01153-KGG

## **DEFENDANT WINDAIRWEST LLC'S WITNESS LIST**

COMES NOW, Defendant WindAirWest LLC's ("WAW" or "WindAirWest"), by and through its counsel of record, Scott R. Schillings and Krystle M. Dalke of Hinkle Law Firm LLC, and submits the following Witness List:

1. **Heather L. McCormick**, c/o Scott R. Schillings and Krystle M. Dalke, Hinkle Law Firm LLC, 1617 N. Waterfront Parkway, Suite 400, Wichita, Kansas 67206-6639, Telephone: (316) 267-2000, Email: sschillings@hinklaw.com, kdalke@hinklaw.com

Ms. McCormick is in-house counsel for Spider Investment, LLC which is a 50% owner of WindAirWest, and is expected to testify regarding factual events relating to this litigation.

2. **Clifton O. Simonson**, c/o Scott R. Schillings and Krystle M. Dalke, Hinkle Law Firm LLC, 1617 N. Waterfront Parkway, Suite 400, Wichita, Kansas 67206-6639, Telephone: (316) 267-2000, Email: sschillings@hinklaw.com, kdalke@hinklaw.com

Mr. Simonson is a Chief Executive at Ceson Group which a 50% owner of WindAirWest, and is expected to testify regarding factual events relating to this litigation.

3. **Robert L. Kiser**, c/o Christopher A. McElgunn, Klenda Austerman, 301 North Main, Suite 1600, Wichita, Kansas 67202-4888, Telephone: (316) 267-0331, Email: cmcelgunn@kmazlaw.com

Case 6:18-cv-01153-KGG   Document 91   Filed 05/06/21   Page 2 of 4

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
CASE NO. 18-CV-01153-KGG – *Jayhawk 910VP, LLC v. WindAirWest, LLC*
DEFENDANT WINDAIRWEST, LLC'S WITNESS LIST
Page 2 of 4

Mr. Kiser is a managing member at Winglet Technology, L.L.C., and is expected to testify regarding factual events relating to this litigation.

4. **Jeffrey D. Peier**, c/o Christopher A. McElgunn, Klenda Austerman, 301 North Main, Suite 1600, Wichita, Kansas 67202-4888, Telephone: (316) 267-0331, Email: cmcelgunn@kmazlaw.com

Mr. Peier is corporate counsel for Plaintiff and is expected to testify regarding factual events relating to this litigation.

5. **Lewis Bell**

Mr. Bell is involved with WAW's charter operations and in charge of business development and marketing for WAW, and is expected to testify regarding factual events relating to this litigation.

6. **Steve Lentz**

Mr. Lentz is WAW's Chief Pilot and Director of Operations, and is expected to testify regarding factual events relating to this litigation.

7. **Owen Dahl**

Mr. Dahl is WAW's damages expert, and is expected to testify regarding the nature of and extent of WAW's damages sustained by WAW as a result of the actions and inactions of Plaintiff.

8. **All witnesses identified by Plaintiff**

Defendant reserves the right to supplement and amend this list of witnesses upon completion of discovery and depositions. Defendant further reserves the right to offer any other witness needed for impeachment, rebuttal, or to lay foundation.

Case 6:18-cv-01153-KGG   Document 91   Filed 05/06/21   Page 3 of 4

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
CASE NO. 18-CV-01153-KGG – *Jayhawk 910VP, LLC v. WindAirWest, LLC*
DEFENDANT WINDAIRWEST, LLC'S WITNESS LIST
Page 3 of 4

Respectfully Submitted by,

HINKLE LAW FIRM LLC

/s/ Scott R. Schillings
Scott R. Schillings (SC No. 16150)
Krystle M. Dalke (SC No. 23714)
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206-6639
Telephone: (316) 267-2000
Facsimile: (316) 630-8466
Email: sschillings@hinklaw.com
Email: kdalke@hinklaw.com
*Attorneys for Defendant, WindAirWest, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Christopher A. McElgunn (SC No. 13359)
KLENDA AUSTERMAN
301 North Main Street, Suite 1600
Wichita, Kansas 67202-4816
Telephone: (316) 267-0331
Facsimile: (316) 267-0333
Email: cmcelgunn@klendalaw.com
*Attorneys for Plaintiff, Jayhawk 910VP, LLC*

                                          /s/ Scott R. Schillings
                                          Scott R. Schillings (SC No. 16150)
                                          Krystle M. Dalke (SC No. 23714)