# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**JAYHAWK 910VP, LLC,**

    **Plaintiff/Counter Defendant**

v.                                                            Case No:  18-1153-KGG

**WINDAIRWEST, LLC,**

    **Defendant/ Counter Claimant,**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum of Decision entered on May 18, 2021 (Doc. 117), Plaintiff is awarded a judgment in the amount of $85,347.92.  Further, pursuant to the Order filed on January 26, 2022, granting attorney's fees (Doc. 140), Plaintiff is awarded legal fees and expenses in the amount of $171,357.11.  The total award to Plaintiff, consisting of the judgment, legal fees, and expenses is $256,705.03.

This case is closed.

   1/27/22                                        SKYLER O'HARA
      Date                                             CLERK OF THE DISTRICT COURT

                                                           by:  s/ Cassie Carter
                                                                    Deputy Clerk