UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAYHAWK 910VP, LLC )<br>)<br>    Plaintiff(s),  )<br>)<br>v.                                              )<br>)<br>WINDAIRWEST, LLC,            )<br>)<br>    Defendant.       ) | Case No. 18-1153-KGG |

## SATISFACTION OF JUDGMENT

This Court entered judgment in this action on January 27, 2022 under Doc.No. 141 in favor of Plaintiff Jayhawk 910VP, LLC in the principal amount of $256,705.03 plus interest accruing thereon, for a total of $258,000.00 as of February 25, 2022. Defendant WindAirWest, LLC has fully paid this amount to Plaintiff Jayhawk 910VP, LLC.

THEREFORE, Plaintiff Jayhawk 910VP, LLC acknowledges full satisfaction of the judgment and the Clerk of this Court is authorized and directed to make an entry of the satisfaction of the judgment on the docket.

KLENDA AUSTERMAN LLC

By   /s/ *Christopher A. McElgunn*
        Christopher A. McElgunn #13359
        1600 Epic Center
        301 N. Main
        Wichita, KS 67202-4816
        Phone: 316-267-0331
        Fax: 316-267-0333
        cmcelgunn@klendalaw.com

28K3104

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send an electronic notice of this filing to all interested parties.

                                                                /s/Christopher A. McElgunn
                                                                Christopher A. McElgunn #13359

28K3104